1  MCGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554- 2700



NOV 30 2007



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re Search Warrant,               )   CASE NO. 07-SW-252 DAD
                                    )
309 S. Sacramento Street            )
Willows, Califorina                 )
                                    )
                                    )
                                    )
_____)

   Good cause appearing, the Court hereby orders that the United States may have an additional 60 days to complete the search of the computer, disks, and hard drives identified in SW 07-252-DAD.

   IT IS SO ORDERED.

DATED: _November 30_, 2007

                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

MCGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554- 2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Search Warrant,<br><br>309 S. Sacramento Street<br>Willows, Califorina | CASE NO. 07-SW-252 DAD |

The United States Attorney, by and through Assistant U.S. Attorney Robin R. Taylor, hereby requests that the court grant it an extension of time to complete the search of a computer, electronic drives, and other electronic evidence seized from the residence where Michael Keehn was living.

### Background

On or about August 30, 2007, this Court issued a search warrant for 309 S. Sacramento Street, Willows, California. The Court imposed a deadline of 60 days from the date of execution of the search warrant for law enforcement to complete the search of the electronic evidence.

During the execution of the warrant, law enforcement seized a computer, drives, and other electronic evidence.

1

1     On or about November 30, 2007, Special Agent John Cauthen
2 indicated that he needed an extension of time to review the
3 computer, drives and other electronic evidence based on the
4 volume of evidence, the tools used by his office, and the need to
5 consult with software developers at System Commander and
6 Symantec, some of which software resides on the seized computers.
7 Special Agent Cauthen related that he has forensically previewed
8 some of the electronic evidence and discovered evidence of
9 computer fraud.  Because of this discovery, the computer, drives,
10 and other electronic evidence have not been returned to its
11 owner.
12     Accordingly, the government requests an extension of 60
13 days, to January 30, 2008, to provide time for the forensic
14 examiner to finish the search of the afore-referenced computer,
15 drives, and other electronic evidence.
16 Dated: November 30, 2007

                                  MCGREGOR W. SCOTT
                                  United States Attorney

                     by    /s/ Robin R. Taylor
                                  ROBIN R. TAYLOR
                                  Assistant U.S. Attorney